UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRAHAM HOOPER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>PRENLYN ENTERPRISES, INC. d/b/a MIDAS ROXBOROUGH,<br>a Pennsylvania Profit Corporation,<br><br>Defendant. | Case No.: 2:19-cv-04036<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned counsel to the parties in this action that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff's individual claims in this action shall be dismissed with prejudice, and the claims of the other alleged putative class members shall be dismissed without prejudice. Each party shall bear its own attorneys' fees and costs, except as may otherwise be agreed to by the parties.

| | |
|---|---|
| **DeNITTIS OSEFCHEN PRINCE, P.C.** | **ROYER COOPER COHEN BRAUNFELD LLC** |
| _____ | _____ |
| Stephen P. DeNittis, Esq.<br>1515 Market Street, Suite 1200<br>Philadelphia, PA 19102<br>Telephone: 215-564-1721<br>sdenittis@denittislaw.com<br><br>*Counsel for Plaintiff* | Joshua Upin, Esq.<br>Two Logan Square<br>100 N. 18th Street, Suite 710<br>Philadelphia, PA 19103<br>Telephone: 267-546-0114<br>email: jupin@rccblaw.com<br><br>*Counsel for Defendant* |

00802346.v3